CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04492

Anderson et al v. Davol, Inc. et al
Assigned to: Judge Lynn N. Hughes
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/20/2007
Date Terminated: 12/26/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Charles Robert Anderson** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert E. Barnes** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Cardamone** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Ray Castillo** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vera A. Clay** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Miller Coleman** represented by **David Willis Alexander**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald L. Daniels** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvette Duplechain** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail E. Franklin** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily M. Greene** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Bryan Hunt** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carrol Dawn Landelius** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne M. Lizauckas** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Rinehart** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Odell V. Shoulders** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Elizabeth Sonntag** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Marie Staller−Frazier** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher J. Tremblay** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Ann Vance** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca C. Willis** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur A. Young, II** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth P. Young** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3326733) filed by Gail E. Franklin, Emily M. Greene, William Bryan Hunt, Carrol Dawn Landelius, Joanne M. Lizauckas, Martha Rinehart, Odell V. Shoulders, Frances Elizabeth Sonntag, Janice Marie Staller−Frazier, Christopher J. Tremblay, Carolyn Ann Vance, Rebecca C. Willis, Arthur A. Young, II, Elizabeth P. Young, Charles Robert Anderson, Albert E. Barnes, Michael Cardamone, David Ray Castillo, Vera A. Clay, Catherine Miller Coleman, Donald L. Daniels, Yvette Duplechain. (Attachments: # 1 Civil Cover Sheet Charles Robert Anderson, et al)(Alexander, David) (Entered: 12/20/2007) |
| 12/21/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Charles Robert Anderson, Albert E. Barnes, Michael Cardamone, David Ray Castillo, Catherine Miller Coleman, Vera A. Clay, Donald L. Daniels, Yvette Duplechain, Gail E. Franklin, Emily M. Greene, William Bryan Hunt, Carrol Dawn Landelius, Joanne M. Lizauckas, Martha Rhinehart, Odell V. Shoulders, Frances Elizabeth Sonntag, Janice Marie Staller−Frazier, Christopher J. Tremblay, Carolyn Ann Vance, Rebecca C. Willis, Arthur A. Young, II, Elizabeth P. Young, filed.(Alexander, David) (Entered: 12/21/2007) |
| 12/26/2007 | | ORDER STAYING CASE pending a decision by the MDL Panel. Case terminated on 12/26/2007.( Signed by Judge Lynn N. Hughes ) Parties notified.(dkelly, ) (Entered: 12/26/2007) |
| 02/27/2008 | | JPML CONDITIONAL TRANSFER ORDER (14) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842. Parties notified.(rvazquez, ) (Entered: 02/27/2008) |
| 02/27/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically.(rvazquez, ) (Entered: 02/27/2008) |